AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

JUN 2 9 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Leonel Sepulveda Jr.

## CRIMINAL COMPLAINT

Case Number: M-20- 1283 -M

USC   YOB: 1978

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 27, 2020__ in __Starr__ County, in the __Southern__ District of __Texas__ the defendant(s)

*(Track Statutory Language of Offense)*
did manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance;

in violation of Title __21__ United States Code, Section(s) __841 (a)(1), 841(b)(1)(B)__
I further state that I am a(n) **Supervisory Border Patrol Agent** and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Approved by: AUSA Patricia Cook Profit

Submitted by reliable electronic means, sworn to and attested
to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Ian D. Land
Signature of Complainant

June 29, 2020          4:53 p.m.

Ian D. Land                    SBPA

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## PROBABLE CAUSE / FACTS:

On June 27, 2020, Border Patrol Agent (BPA) J.R.A. and BPA T.M. were conducting surveillance of an established alien and drug trafficking route from a concealed location near an area known to agents as "La Prieta". The agents, who had been monitoring the main route of ingress/egress to the area known as "La Prieta Main", had observed a small watercraft in the area, as well as an older model brown sedan which had been seen driving toward the Rio Grande River. The watercraft appeared to be cruising the Rio Grande River in the vicinity of "La Prieta" without any clear aim or objective, which is consistent with the tactics used by alien and narcotics traffickers to scout for the presence of law enforcement. At approximately 9:50 p.m., BPA T.M. advised other Border Patrol (BP) units in the area that the brown sedan was headed north at a high rate of speed.

BPA J.L.R. responded to the report in his marked service unit with his emergency lights activated, at which time he observed the brown sedan briefly go southbound before redirecting and heading north on "La Prieta Main". The driver of the brown sedan, later identified as Leonel SEPULVEDA JR., subsequently struck BPA J.L.R.'s service unit with his vehicle and continued driving north towards Old U.S. Highway 83. BPA C.K. and BPA J.D A. were also responding to the area in their marked service unit, and were passed by the brown sedan as SEPULVEDA JR. continued to drive northbound. After turning around, BPAs C.K. and J.D.A. continued to follow SEPULVEDA JR. as he turned east on Old U.S. Highway 83 before merging onto U.S. Highway 83. BPAs C.K. and J.D.A observed SEPULVEDA JR. driving in the median and swerving in and out of oncoming traffic as they followed him for approximately two miles before he rear-ended a civilian vehicle at the intersection of U.S. Highway 83 and Alvarez Rd. in Rio Grande City, Texas.

After rear-ending the civilian vehicle, SEPULVEDA JR. exited the brown sedan and attempted to flee the scene, but was apprehended after a short foot pursuit by BPA C.K. The brown sedan driven by SEPULVEDA JR. was subsequently found to contain 232 lbs. of marijuana. Texas Department of Public Safety (DPS) Trooper A. Garza (Badge#14939) took custody of SEPULVEDA JR., the brown Lincoln sedan bearing Texas license plates MGX 4242, and the 232 lbs. of marijuana at the scene.

DISPOSITION:

The facts of this case were presented to Assistant United States Attorney Patricia C. Profit who accepted Leonel SEPULVEDA JR. for prosecution under 21 USC 841, manufacturing, distributing, or dispensing, or possessing with the intent to manufacture, distribute, or dispense, a controlled substance.

S/ Ian D. Land

---

Ian D. Land
Supervisory Border Patrol Agent

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on: June 29th, 2020:

---

Peter E. Ormsby
United States Magistrate Judge